7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Melissa A. Morefield
*Debtor*

*Bankruptcy Case No.*
13–42437–abf7

**First National Bank of Omaha**
  Plaintiff(s)

*Adversary Case No.*
13–04170–abf

v.

**Melissa A. Morefield**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered in favor of Plaintiff, First National Bank of Omaha, and against Defendant/Debtor, Melisa Morefield, ordering the sum of $3,000.00 to be nondischargeable pursuant to ll U.S.C. Section 523(a)(2).

Ann Thompson
Court Executive

By: /s/ Sharon Greene
  Deputy Clerk



Date of issuance: 1/2/14

Court to serve